IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01833-WYD-OES

ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation,

   Plaintiff,

v.

CHANNEL MASTER, LLC, a North Carolina corporation,

   Defendant.

_____

**ORDER**
_____

   THIS MATTER is before the Court on a review of the file.  The Complaint in this case was filed September 18, 2003.  A scheduling/planning conference was set for December 13, 2003.  By Minute Order filed December 2, 2003, Magistrate Judge Schlatter vacated the scheduling conference and stayed all discovery pending further order of the Court.  No further action has occurred in this case.  Accordingly, it is

   ORDERED that the parties shall file a joint status report in this case on or before **Wednesday, December 7, 2005**, indicating what action needs to occur in this case and/or whether the case can be administratively closed or dismissed.

   Dated:  November 23, 2005

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge