IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01833-WYD-OES

ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation,

    Plaintiff,

v.

CHANNEL MASTER, LLC, a North Carolina corporation,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER is before the Court on a review of the Status Report filed in this case pursuant to the Court's Order of November 23, 2005.  The Status Report indicates that before service was accomplished in this case, Defendant filed for bankruptcy and that the automatic stay is still in effect.  Plaintiff indicates that it is not presently aware of when the bankruptcy proceeding will be concluded or what, if any, orders have issued or will issue that will impact this lawsuit.

    The Court, having considered the Status Report, finds that judicial resources are not served by leaving this case open for months or even years, particularly when Plaintiff does not know the effect the bankruptcy proceeding will have on this case.  Instead, the Court believes that the case should be administratively closed pursuant to D.C.COLO.LCivR 41.2.  *See Quinn v. CGR*, 828 F.2d 1463, 1465 and n. 2 (10th Cir. 1987) (construing administrative closure as the practical equivalent of a stay).  The case may be reopened for good cause shown, which shall include any further court

proceedings that are authorized upon the lifting of the automatic stay against Defendant.

In conclusion, it is

ORDERED that this case shall be **ADMINISTRATIVELY CLOSED** pursuant to D.C. COLO. LR 41.2, to be reopened for good cause shown.

Dated:  December 8, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge